**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, and
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND, THE
CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

       Petitioners,      20 **CIVIL** 2532 (MKV)

  -against-          **JUDGMENT**

ARBRIS CORP.,
       Respondent.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 4, 2022, the independent arbitrator awarded Petitioners $90,327.87, which consisted of: "(1) the principal deficiency of $71,641.06, (2) interest of $1,568.35; (3) liquidated damages of $14,328.21; (4) promotional fund contributions of $390.25; (5) court costs of $400; (6) attorneys' fees of $1,500; and (7) arbitrator's fees of $500." Petition Paragraph 24; Arbitration Award at 3. Finding no material issue of fact that would preclude confirmation of the arbitrator's award, the Court confirms the award in all respects, including the awarded 7.5% annual interest accrued on the award from the date of the award through the date of judgment, in the amount of $15,572.28. Arbitration Award at 3. The 2015 Agreement and 2024 Agreement further provide for an entitlement to reasonable attorneys' fees and costs incurred in this action. [ECF No. 1-2, Article XVI; ECF No. 1-4, Article XVII]. Counsel of record in this

matter has provided an hourly accounting of time spent preparing the petition and filings for a total of $1,119 in attorneys' fees and $70 in costs. [ECF No. 1-8]. Finding the fees to be reasonable, the Court additionally awards attorneys' fees and costs in the amount of $1,189. Petition Paragraph 32-36; see Trs. of the N.Y. City Dist. Council of Carpenters Pension Fund v. Dejil Sys., 2012 U.S. Dist. LEXIS 123143, at *11 (S.D.N.Y. Aug. 29, 2012) ("In confirmation proceedings, the guiding principle has been stated as follows: when a challenger refuses to abide by an arbitrator's decision without justification, attorney's fees and costs may properly be awarded.") (internal quotation marks omitted). Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. Section 1961; accordingly, the case is closed.

**Dated**: New York, New York
April 5, 2022

**RUBY J. KRAJICK**
**Clerk of Court**
**BY:** *K. Mango*
**Deputy Clerk**